IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WALTER RICHARD FRANKLIN | § | |
| Plaintiff, | § | |
| VS. | § | NO. 3-08-CV-1729-M |
| CHRISTIE DOLIVE, ET AL. | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

On November 24, 2008, United States Magistrate Judge Jeff Kaplan made Findings and a Recommendation. No objections were filed. The Court thus reviews the Findings and Recommendation for plain error. Finding no plain error, the Court accepts the Findings and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the Findings and Recommendation of the United States Magistrate Judge are accepted.

SIGNED this 24th day of November, 2008.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS